# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

FILED
2013 MAR -5 A 11: 31

**JEFFREY SOLOMON**

*Plaintiff*

v.

Civil Action No.:
1:13–CV–10208–GAO

**ANNIE DOOKHAN, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ms. Annie Dookhan
7 Birch St.
Franklin, MA 02038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Joseph M. Perullo
185 Devonshire Street
Suite 200
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**

*CLERK OF COURT*

/s/ – Chris Danieli

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2013-02-04 10:43:14.0**, Clerk USDC DMA

Civil Action No.: **1:13–CV–10208–GAO**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☑ I left the summons at the individuals residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

**Norfolk County Sheriff's Office,** P.O. Box 859215, Braintree, MA 02185-9215 / Tel (781) 326-7271
**Norfolk, SS**

**February 25, 2013**

I hereby certify and return that on 2/21/2013 at 2:15 PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Annie Dookhan, 7 Birch Street Franklin, MA 02038 and by mailing first class mail to the above-mentioned address on 2/21/2013. Attestation - 2 Copies ($10.00) Basic Service Fee ($20.00) Conveyance ($4.80) Postage and Handling ($3.00) Travel ($10.24) Total: $48.04

*[signature]*

Deputy Sheriff **Joan Geer**

**Deputy Sheriff**

_____   _____
Date                       *Server's Signature*

                           _____
                           *Printed name and title*

                           _____
                           *Server's Address*

Additional information regarding attempted service, etc: