UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SOLOMON,<br><br>   Plaintiff,<br><br>   v.<br><br>ANNIE DOOKHAN, DONALD F. KEENAN, KATE CORBETT, JUDYANN BIGBY, JOHN AUERBACH, JULIE NASSIF, LINDA HAN, CHARLES SALEMI, ELIZABETH O'BRIEN, DANIEL CONLEY, and SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE,<br><br>   Defendants. | Civil Action No. 13-CV-10208-GAO |

**NOTICE OF APPEARANCE OF PAUL V. KELLY AND SARAH B. HERLIHY
AS COUNSEL FOR DEFENDANT, LINDA HAN**

Please enter the appearance of Attorneys Paul V. Kelly and Sarah B. Herlihy as counsel for the Defendant, Linda Han, in the above-captioned matter.

Dated: May 10, 2013

Respectfully submitted,

LINDA HAN,

By her attorneys,

*/s/ Sarah B. Herlihy*
Paul V. Kelly (BBO No. 267010)
Email: paul.kelly@jacksonlewis.com
Sarah B. Herlihy (BBO No. 640531)
Email: sarah.herlihy@jacksonlewis.com
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA  02116
Tel: (617) 367-0025
Fax: (617 367-2155

1

## **CERTIFICATE OF SERVICE**

This hereby certifies that on this 10th day of May 2013, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>            */s/ Sarah B. Herlihy*
>            Sarah B. Herlihy

4837-1951-0547, v. 1