UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SOLOMON,<br><br>    Plaintiff,<br><br>        v.<br><br>ANNIE DOOKHAN, DONALD F. KEENAN, KATE CORBETT, JUDYANN BIGBY, JOHN AUERBACH, JULIE NASSIF, LINDA HAN, CHARLES SALEMI, ELIZABETH O'BRIEN, DANIEL CONLEY, and SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE,<br><br>    Defendants. | Civil Action No. 13-CV-10208-GAO |

## STIPULATION REGARDING TIME TO RESPOND TO THE COMPLAINT

Plaintiff Jeffrey Solomon and Defendant Linda Han, by and through their undersigned counsel, hereby STIUPLATE AND AGREE that Defendant Linda Han may have additional time, up to and including June 14, 2013, to Answer or otherwise respond to the Complaint.

Dated: May 9, 2013

1

2

Respectfully submitted,

| JEFFREY SOLOMON, | LINDA HAN, |
|---|---|
| By his attorneys, | By her attorneys, |

*/s/ Joseph M. Perullo*  
Joseph M. Perullo (BBO No. 670542)  
Email: jp@josephperullo.com  
185 Devonshire Street, Suite 200  
Boston, MA 02110  
Tel: (617) 423-0030  
Fax: (617) 556-9965  

*/s/ Victoria Kelleher*  
Victoria Kelleher (BBO No. 637908)  
Email: vkelleher@verizon.net  
15 Church Street  
Salem, MA 01970  
Tel: (978) 744-4126  
Fax: (978) 744-4127  

*/s/ Sarah B. Herlihy*  
Paul V. Kelly (BBO No. 267010)  
Email: paul.kelly@jacksonlewis.com  
Sarah B. Herlihy (BBO No. 640531)  
Email: sarah.herlihy@jacksonlewis.com  
JACKSON LEWIS LLP  
75 Park Plaza, 4th Floor  
Boston, MA  02116  
Tel: (617) 367-0025  
Fax: (617 367-2155  

4845-8851-7907, v.  1