AKA Jeffrey Solomon
**JEFFREY BANKS**

## BOSTON MUNICIPAL COURT-CENTRAL DIVISION

| DOCKET ENTRIES | ATTORNEY |
|---|---|
| Legal Counsel Fee Assessment | CPCS |
| Legal Counsel Fee Contribution | Rule 3.03 |
| Victim/Witness Fund Assessment | Sherman |
| Drug Analysis Fund Assessment | Drechsler |
| Supervised Probation Fee | Sanders |
| DEC 13 2010 Defendant in custody | BAIL ONLY |
| 17  Sherman | |
| 2:35 Giviskud Lowton | SEE NO. 11-2531 |
| ~~DEFENDANT ADVISED BY COURT OF RIGHT TO HAVE COUNSEL~~ | |
| 1000 to February 22, 2011 as many Rm 11 PTH | |
| Held W/O 1052 CR 3107 (U) in Cambridge — Drug Violation Near School/Park Defendant needs medication Conspiracy To Violate Drug Law Prescription Attached Distribute Cocaine Subsequent OSS | |
| Dec 29 2010 Called ahead by Atty Sherman for Adc. Rm 11 7/16 CPCS 3:30 ADA Walker  Appear PO I220  Appear | |
| Defendant's motion to advance and continue is allowed by agreement | |

Cambridge Jail  CONTD TO Jan 19
Rm 11  PTH

SEE OVER  SAENSON JPNE

# BOSTON MUNICIPAL COURT-CENTRAL DIVISION

## DOCKET ENTRIES

**JAN 19 2011**

10 ☐ Sherman

9:32 Melville APO Pamphile

Not Transported In Cambridge

Cambridge Jail — HABEAS CORPUS TO ISSUE [illegible stamp]

1000 to February 8 un y

Rm 11 PTH

Redd

---

**FEB 08 2011**

Tape# 11  Defendant (Not In / In Court)  Atty Drechs Present

9:08 ADA Solomon APO Pamphile

Not Transported

Cambridge Jail — HABEAS CORPUS TO ISSUE [illegible stamp]

100 to March 7 CASH

Rm 10 Motion

PTC Report filed

Defendant's discovery motions received & filed, allowed

Commonwealth's motion received & filed

Dougan J

BOSTON MUNICIPAL COURT DEPARTMENT
CRIMINAL BUSINESS DIVISION

NAME: Jeffrey Banks          DOCKET # 10 01 CR 9024

OFFENSE: _____

| Room # 10 | Defendant Not In / In Court | Attorney Sanders | Appears |
| Time: | ADA Melville | Clifford | is |

100 Cash to March 21 missued
Rm 10 - motion
Discovery to be completed by next date
Con-

HABEAS CORPUS TO ISSUE FOR
H.C.C.I. FOR APPEARANCE
OF DEFT TO ANSWER TO TESTIFY
AT M.C. 3-21   9AM   issued
Cambridge Jail

Sinnott J mc

---

MAR 21 2011   10   Custody   Sanders Present
Tape#___   Defendant Not In / In Court   Atty_____
10:28   Footage   ADA Mingo   APO Pamphile

100 Cash to (March 30) April 13   (N)
Rm 10 - Motion to ~~Sup~~ Dismiss
Defendants' motion to suppress is withdrawn.
Defendants' motion for discovery received & filed
in open court ; Motion to Dismiss rec'd + filed

HABEAS CORPUS TO ISSUE FOR
H.C.C.I. FOR APPEARANCE   Cambridge
OF DEFT TO ANSWER TO TESTIFY   Jail. M
AT M.C.___   9AM
April 13

Sinnott J (RMS)

## MUNICIPAL COURT DEPARTMENT
## CRIMINAL BUSINESS DIVISION

NAME: **JEFFREY BANKS**     DOCKET # **1001CR9024**

OFFENSE: _____

**APR 13 2011**

Room # 10   Defendant Not In / (In Court)   Attorney Sanders   Appears

Time: 9:30 ADA Mingo   Appears   P.O. Kalander   Appears

10:18
11:31

Upon defendant motion Commonwealth not ready
Counts 1+2 **DISMISSED**
Count 3 motion denied

100 to May 16
CASH as to Count 3

HABEAS CORPUS TO ISSUE FOR H.C.C.J. FOR APPEARANCE OF DEFT TO ANSWER TO TESTIFY AT M.C. 5-16-11 9AM

Cambridge Jail

Rm 10 / Motion     Dugan J.

---

**MAY 16 2011**   Tape # 10   Defendant Not In / (In Court)   Atty Sanders Present

Footage 12:30 ADA Mingo   APO Pamphile

Cambridge Jail   HABEAS CORPUS TO ISSUE FOR H.C.C.J. FOR APPEARANCE OF DEFT TO ANSWER TO TESTIFY AT M.C. 6/7 9AM

100 to June 7 CASH
Rm 17 status

Forde J.   DFM

MUNICIPAL COURT DEPARTMENT
CRIMINAL BUSINESS DIVISION

NAME: Jeffrey Banks      DOCKET # 1001CR9024

OFFENSE: _____

**JUN 07 2011**

Room # 17   Defendant Not In / (In Court) Custody    Attorney Sanders    Appears

Time: 930   ADA Hency                                Appears   P.O. M. Grissim   Appears

CASH
100 to July 5

Rm 10 - Trial

HABEAS CORPUS TO ISSUE FOR
H.C.C.J. FOR APPEARANCE     Cambridge
OF DEFT TO ANSWER TO TESTIFY   Jail
AT M.C. 7-5-11  9AM

later Revised by Court

At request of Commonwealth

Counts 1, 2 + 3   Dismissed   Deft. assents

Summerville J.



# COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT OF THE COMMONWEALTH
## BOSTON MUNICIPAL COURT DEPARTMENT

# REASONS FOR ORDERING BAIL

Suffolk, ss.

Defendant: **Jeffrey Banks**　　　　　Docket Number: **1001-9024**

Amount of Bail: **$100 cash**

TO THE SUPERIOR COURT DEPARTMENT:

On this date the court denied the release of the above named defendant on personal recognizance without surety. A summary of the court's reasons therefor is evidenced by my marking one or more of the items listed below in Section I. A further explanation may appear in Section II. In the case of revision of bails upwards, findings of fact do appear in Section II.

## SECTION I

- [X] The nature and circumstances of the offense charged.
- [ ] The potential penalty the defendant faces.
- [ ] The defendant's family ties.
- [ ] The defendant's financial resources and employment record.
- [ ] The defendant's history of mental illness.
- [ ] The defendant's reputation and length of residence in the community.
- [ ] The defendant's record of conviction's.
- [ ] The defendant's present drug dependency or his record for illegal drug distribution.
- [ ] The defendant's record of flight to avoid prosecution.
- [ ] The defendant's fraudulent use of an alias or false identification.
- [ ] The defendant's failure to appear at a court proceeding to answer to an offense.
- [ ] The defendant's status of being on bail pending adjudication of a prior charge.
- [ ] The defendant's status of being on probation, parole or other release pending completion of sentence for any conviction.
- [ ] The defendant's status of being on release pending sentence on appeal for any conviction.

## SECTION II

Further explanation ( and, in the case of a revision of bail upwards, finding of fact ):

Δ held on other case in Court.

_Rayol Darga_　　　　　　　　　　　　　　　**2/8/11**
Justice　　　　　　　　　　　　　　　　　　　　Date

| | | |
|---|---|---|
| **TRIAL COURT OF MASSACHUSETTS**<br>**BOSTON MUNICIPAL COURT DEPARTMENT** | DIVISION | BMC Central |
| COMMONWEALTH vs. Jeffrey Banks<br>NAME OF DEFENDANT | DOCKET NUMBER | 1001 CR 9024 |

## PRETRIAL CONFERENCE REPORT

A pretrial conference between the parties was conducted on January 19, 2011 with the following results:

**1. AUTOMATIC MANDATORY DISCOVERY FOR THE DEFENDANT.** *See Rule 14(a)(1)(A).* The Commonwealth has disclosed to the defense and permitted the defense to discover, inspect and copy the following, provided it is relevant to the case and is in the possession, custody or control of the prosecutor, persons under the prosecutor's direction and control, or persons who have participated in investigating or evaluating the case and either regularly report to the prosecutor's office or have done so in the case:

4 weeks prior to trial

| Y | N | C/D | N/A | (Not applicable because not relevant to case or not in the possession, custody or control of the prosecutor.) |
|---|---|---|---|---|
| | | | | Any written or recorded statements, and the substance of any oral statements, made by the defendant or a co-defendant. |
| | | | | Grand jury minutes, and the written or recorded statements of a person who has testified before a grand jury. |
| | | | | Any facts of an exculpatory nature. |
| | | | | The names, addresses, and dates of birth of the Commonwealth's prospective witnesses other than law enforcement witnesses. The Commonwealth shall also provide this information to the Probation Dept. |
| | | | | The names and business addresses of prospective law enforcement witnesses. |
| | | | | Intended expert opinion evidence, other than evidence that pertains to the defendant's criminal responsibility and is subject to subdivision (b)(2). Such discovery shall include the identity, current curriculum vitae, and list of publications of each intended expert witness, and all reports prepared by the expert that pertain to the case. |
| | | | | Material and relevant police reports, photographs, tangible objects, all intended exhibits, reports of physical examinations of any person.   if in CC'd CW |
| | | | | Reports of scientific tests or experiments, e.g., substance analysis, ballistics, and fingerprints. |
| | | | | Statements of persons the party intends to call as witnesses. *See definition of statement in Rule 14(d).* |
| | | | | Summary of identification procedures, and all statements made in the presence of or by an identifying witness that are relevant to the issue of identification or to the fairness or accuracy of the identification procedure. |
| | | | | Disclosure of any promises, rewards or inducements made to witnesses the party intends to present at trial. |

**2. DISCRETIONARY DISCOVERY.** The court has ordered or the parties have agreed to provide the following:

| Y | N | C/D | (Please list and indicate whether provided.) |
|---|---|---|---|
| | | | X |

**3. CONTINUING DUTY.** *See Rule 14(a)(4).* The undersigned acknowledge that each party shall promptly notify the other party if subsequently learns of additional material which it would have been required to disclose or produce pursuant to rule or court order, and shall disclose said material in the same manner as required by this rule.

COMMONWEALTH OF MASSACHUSETTS

BOSTON MUNICIPAL COURT DEPARTMENT

Suffolk, ss.

## MOTION FOR CONTINUANCE

COMMONWEALTH Vs. __Jeffrey Banks__

DOCKET NO. __1001CR9024__

The above-entitled case is scheduled for ~~trial~~ PTC in the Boston Municipal Court on __2/22/11__

Now comes the __Jeffrey Banks__ and respectfully moves that the trial in this matter be continued to __1/19/11__

The reason this continuance is being sought is as follows:

— Mr. Banks is being held on a different case

The other party in this matter has / has not agreed to this continuance.

The information contained herein is ~~true~~ to the best of my knowledge and belief.

_____ Attorney for Moving Party

__08.24.10__ Date

Motion is (allowed) / denied.  _____

JUSTICE

Request habe from Cambridge Jail for new date

# APPLICATION FOR COMPLAINT

NUMBER: 1066962

Trial Court of Massachusetts
Boston Municipal Court Department

Boston Municipal Court
Criminal Division, 6th Floor
24 New Chardon Street
Boston, MA, 02114

[✓] ARREST   [ ] HEARING   [ ] SUMMONS   [ ] WARRA...

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 12/12/2010 | 12/12/2010 | 888 WASHINGTON STRE... |

**NAME, ADDRESS AND ZIP CODE OF COMPLAINANT**
SGT. DET. KEENAN, DONALD / 10652
D-4 DRUG CONTROL UNIT/1 SCHROEDER PLAZA
BOSTON, MA, 02120

| NO. | OFFENSE | G.L.Ch. and Sec |
|---|---|---|
| 1 | COUNTERFEIT DRUG, DISTRIBUTE c94C s32G | 094C:032G:A |
| 2 | COUNTERFEIT DRUG, POSSESS TO DISTRIBUTE c94C s32G | 094C:032G:B |
| 3 | DANGEROUS WEAPON, CARRY c269 s10 | 269:010:B |
| 4 | | |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
BANKS, JEFFREY
534 REVERE STREET
REVERE, MA, US

IF ADDITIONAL OFFENSES CHECK HERE [ ] AND ATTAC...

## DEFENDANT IDENTIFICATION INFORMATION - Complete data below if known.

| C.C. # | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 100663844 | /1971 | M | B | 5'8" | 200 lbs | BRO | BLK | |

| COURT USE ONLY | A hearing upon this complaint application will be held at the Boston Municipal Court, Rm. 1105 on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ONLY |
|---|---|---|---|---|

## CASE PARTICULARS - BE SPECIFIC

| No. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc.. |
|---|---|---|---|---|
| 1 | COMM. OF MASS., | (2) PLASTIC BAGS OF UNKNOWN BEIGE SUBSTANCE | | UNKNOWN |
| 2 | COMM. OF MASS., | (6) PLASTIC BAGS OF UNKNOWN BEIGE SUBSTANCE | | UNKNOWN |
| 3 | COMM. OF MASS., | EDGED THROWING WEAPON | | SHURIKEN (THROWING STAR) |
| 4 | | | | |

**OTHER REMARKS:**
On Sunday December 12, 2010 Officers from the Area D-4 Drug Control Unit under the supervision of Sgt. Det. Keenan conducted a buy/bust drug investigation in the area of Pine Street & Washington Street. Sgt. Det. Keenan (The UC) was acting in an undercover capacity and provided with $30.00 BPD buy money by Det. Walsh prior to being deployed near the New England Medical Center. The UC met the suspect later identified as Jeffrey Banks in front of 888 Washington Street near Pine Street as the UC was walking out-bound and Banks was walking inbound toward the New England Medical Center. The UC asked Banks "what's good?", Banks responded "what do you want?". The UC stated "I have thirty". Banks told the UC to walk with him as Banks started to open a plastic bag with several p/b's of beige rock like items believed to be crack cocaine contained in it. Banks asked the UC if he was a police officer to which the UC denied before Banks told the UC to walk in front of him. The UC walked in front of Banks as Banks opened the lager plastic bag and then asked the UC for the money. The UC then exchanged the $30 of BPD buy money for two p/b's of beige rocks believed to be crack cocaine in front of 888 Washington Street. The UC thanked Banks

**IF PROCESS IS ORDERED, THIS APPLICATION MUST BE PRESENTED AT ONCE TO PLEADING CLERK AT ROOM 1105.**

| NAMES OF WITNESSES | Recog. to S.C. | Give place of business or employment, if in Boston, otherwise, residence | ST. NO. |
|---|---|---|---|
| DET. WALSH, GREG | | D-4 DRUG CONTROL UNIT, MA  12/13/10 | |
| P.O. STODDARD, JAMES | | D-4 DCU, MA  Marcus Jaco Asst Clerk allowed (12.3) | |

State if defendant is arrested: No    Date of Arrest:

FOR ADDITIONAL REMARKS OR WITNESSES-USE REVERSE OF ORIGINAL AND CHECK HERE [ ]

Page 1/2

| APPLICATION FOR COMPLAINT | NUMBER | | | Trial Court of Massachusetts |
|---|---|---|---|---|
| ☑ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRA... | | | | Boston Municipal Court Department |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Boston Municipal Court
Criminal Division, 6th Floor
24 New Chardon Street
Boston, MA, 02114

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 12/12/2010 | 12/12/2010 | 888 WASHINGTON STRE... |

**NAME, ADDRESS AND ZIP CODE OF COMPLAINANT**

SGT. DET. KEENAN, DONALD / 10652
D-4 DRUG CONTROL UNIT / 1 SCHROEDER PLAZA
BOSTON, MA, 02120

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**

BANKS, JEFFREY

REVERE, MA, US

**OTHER REMARKS:**

and walked out-bound on Washington St... ...to walk in-bound. Officer Stoddard observed the UC and Banks walking together and then separate after the drug transaction. The ... signaled to the surveillance officers of the completed drug transaction and notified Officer Stoddard by phone of the incident. Officer ... and Detective Walsh observed Banks walk from the UC to the MBTA bus stop located across from 800 Washington Street where they ... themselves as police officers and placed Banks under arrest. During a search of Banks Detective Walsh reco... the $30.00 ... buy money from Banks front left pants pocket. Officer Stoddard confirmed the BPD buy money on-scene with Sgt. Det. Keena.. bag with six additional p/b's of beige rock were recovered in the right sleeve of Banks by Det. Walsh and a Shurike... star in Banks right rear pants pocket. Banks was transported to Area A-1 for booking by the A202D Officers McCarthy & Nogueira. Once back at Area A-1 Banks complained of falling in the rear of the transport wagon and hurting himself. Banks claimed he was hurt but made a recovery and refused medical attention after the ambulance arrived, stating he is feeling better and signed a waiver declining medical attention. Banks was booked for Distribution of Class "B", crack cocaine and Distribution of Class "B" within 1000 feet of a school zone (Josiah Quincy School) & Possession with intent to Distribute Class "B" The drugs sold to the UC were later field tested by Sgt. Det. Keenan where he could not get a positive result for cocaine. The unknown substance was logged into drug control log book # 66 page # 140. Banks to be charged with: 1) Distribution of a counterfeit substance. 2) Possession with intent to distribute counterfeit substance. 3) Possession of a dangerous weapon, Shuriken throwing star. Banks was also found to have a straight warrant out of Cambridge District Court for: a) Drug violation near school/park b) Conspiracy to violate drug law c) Distribute Cocaine subsequent offense docket # 1052CR0003107 issued on 11/17/2010 reference # W7913406

X _Donald Keen..._
SIGNATURE OF COMPLAINANT



Edward F Davis, Police Commissioner

## INCIDENT REPORT

**STATUS: UNAPPROVED**

| ORIGINAL KEY SITUATIONS | COMPLAINT NO. 100663844 | RPT DIST. A1 | CAD RA 123 | RPT RA 123 | CLEAR. DIST. |
|---|---|---|---|---|---|

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | DATE OCCURRED FROM 12/12/2010 | DATE OCCURRED TO |
|---|---|---|---|---|
| Drugs | | | | |

| LOCATION OF INCIDENT 888 WASHINGTON ST | APT | DISPATCH TIME 08:48 AM | TIME OCCURRED FROM 08:45 AM | TIME OCCURRED TO |
|---|---|---|---|---|

| NEIGHBORHOOD FINANCIAL DIST./CHINATOWN / BAY VILLAGE / X-ING | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER CLOUDY | LIGHTING OUTSIDE - DAY |
|---|---|---|---|---|

| TYPE OF WEAPON-TOOL DRUGS | SUSPECT MODE OF TRANSPORTATION FOOT | VICTIM'S ACTIVITY | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|

**UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR**
SEE NARRATIVE

### PERSONS 1
- **TYPE:** VICTIM
- **NAME (LAST, FIRST, MI):** COMM OF MA
- **S.S. NO.:**
- **BOOKING NO.:** 0
- **DOCKET NO.:**
- **ALIAS:**
- **ADDRESS:**
- **GENDER:** **RACE:** **DOB:** **AGE:** 0
- **HEIGHT / WEIGHT / BUILD / HAIR / EYES:**
- **OCCUPATION / MARITAL STATUS / EMAIL ADDRESS / CONTACT #1 / CONTACT #2:**
- **SPECIAL CHARACTERISTICS(INCLUDING CLOTHING):**

### PERSONS 2
- **TYPE:** WITNESS
- **NAME (LAST, FIRST, MI):** DET. WASLH, P.O.'S STODDARD, CASALLAS, MCELMOYLE
- **BOOKING NO.:** 0
- **ADDRESS:** AREA D-4 DCU, MA
- **AGE:** 0

### PERSONS 3
- **TYPE:** WITNESS
- **NAME (LAST, FIRST, MI):** P.O.'S GREEN, RODRIGUES,
- **BOOKING NO.:** 0
- **ADDRESS:** AREA D-4 DCU, MA
- **AGE:** 0

### PERSONS 4
- **TYPE:** WITNESS
- **NAME (LAST, FIRST, MI):** P.O.'S MCCARTHY & NOGUEIRA
- **BOOKING NO.:** 0
- **ADDRESS:** A-1 TRANSPORT P.O.'S, MA
- **AGE:** 0

Requested by : 10652

Requested on : 12/12/2010 11:08:55 AM

## PERSONS

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| 5 OFFENDER | BANKS, JEFFREY | | 100216910 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | , REVERE MA 00000-0000 | MALE | BLACK NON-HISPANIC | 1971 | 39 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES | | |
|---|---|---|---|---|---|---|
| 5-08 | 200 | MEDIUM | BLACK | BROWN | CONTACT #1 | CONTACT #2 |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS |
|---|---|---|
| | | |

**SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)**
BLK. SWEATHIRT, BLUE JEANS, GREY DOO-RAG, BLK. BB CAP

## PROPERTY

| STATUS | TYPE OF PROPERTY | SERIAL | BRAND NAME - DESCRIPTION | MODEL | VALUE |
|---|---|---|---|---|---|
| TURNED IN AS EVIDENCE | DRUG / NARCOTICS | | UNKNOWN SUBSTANCE - TWO P/B'S BIEGE ROCKS | | $0.00 |
| TURNED IN AS EVIDENCE | DRUG / NARCOTICS | | UNKNOWN SUBSTANCE - SIX P/B'S BIEGE ROCKS | | $0.00 |
| TURNED IN AS EVIDENCE | DANGEROUS WEAPON | | SHURIKEN (THROWING STAR) - METAL THROWING STAR | | $0.00 |

**NARRATIVE AND ADDITIONAL INFORMATION:**

On Sunday December 12, 2010 Officers from the Area D-4 Drug Control Unit under the supervision of Sgt. Det. Keenan conducted a buy/bust drug investigation in the area of Pine Street & Washington Street.

Sgt. Det. Keenan (The UC) was acting in an undercover capacity and provided with $30.00 BPD buy money by Det. Walsh prior to being deployed near the New England Medical Center. The UC met the suspect later identified as Jeffrey Banks in front of 888 Washington Street near Pine Street as the UC was walking out-bound and Banks was walking inbound toward the New England Medical Center. The UC asked Banks "what's good?", Banks responded "what do you want?". The UC stated "I have thirty". Banks told the UC to walk with him as Banks started to ~~
~~ ~~ ~~ ~~ p/b's of beige rock like items believed to be crack cocaine cont~~ ~~ ~~the
UC if he was a police officer to . ~~ ~~ the UC denied before Banks told the UC ~~ ~~ ~~ in front of him. The UC walked in front of Banks as Banks opened the ~~ ~~ ~~ ~~ ~~ ~~ asked the UC for the money. The UC then exchanged the $30 of BPD buy money for two p/b's of beige rocks believed to be crack cocaine in front of 888 Washington Street. The UC thanked Banks and walked out-bound on Washington Street as Banks continued to walk in-bound. Officer Stoddard observed the UC and Banks walking together and then separate after the drug transaction. The UC signaled to the surveillance officers of the completed drug transaction and notified Officer Stoddard by phone of the incident.

Officer Stoddard and Detective Walsh observed Banks walk from the UC to the MBTA bus stop located across from 800 Washington Street where they identified themselves as police officers and placed Banks under arrest. During a search of Banks Detective Walsh recovered the $30.00 of BPD buy money from Banks front left pants pocket. Officer Stoddard confirmed the BPD buy money on-scene with Sgt. Det. Keenan. A plastic bag with six additional p/b's of beige rock were recovered in the right sleeve of Banks by Det. Walsh and a Shuriken aka throwing star in Banks right rear pants pocket.

Banks was transported to Area A-1 for booking by the A202D Officers McCarthy & Nogueira.

Once back at Area A-1 Banks complained of falling in the rear of the transport wagon and hurting himself. Banks claimed he was hurt but made a recovery and refused medical attention after the ambulance arrived, stating he is feeling better and signed a waiver declining medical attention.

Banks was booked for Distribution of Class "B", crack cocaine and Distribution of Class "B" within 1000 feet of a school zone (Josiah Quincy School) & Possession with intent to Distribute Class "B"

The drugs sold to the UC were later field tested by Sgt. Det. Keenan where he could not get a positive result for cocaine.

The unknown substance was logged into drug control log book # 66 page # 140.

Banks to be charged with:
1) Distribution of a counterfeit substance.
2) Possession with intent to distribute counterfeit substance.
3) Possession of a dangerous weapon, Shuriken throwing star.

Banks was also found to have a straight warrant out of Cambridge District Court for:
a) Drug violation near school/park
b) Conspiracy to violate drug law
c) Distribute Cocaine subsequent offense
docket # 1052CR0003107 issued on 11/17/2010 reference # W7913406

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|
| V938 | 3 | DONALD F. KEENAN | 10652 | 53987 |

**SPECIAL UNITS NOTIFIED(REPORTING)**
Drug Control Unit

Requested by : 10652

Requested on : 12/12/2010 11:08:55 AM

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
|---|---|---|---|
| 12/12/2010 | 11:08 AM | N/A | 0 |

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
|---|---|---|---|
| 12/12/2010 | 11:08 AM | N/A | 0 |

Requested by : 10652

Requested on : 12/12/2010 11:08:55 AM



# Boston Police Department
## Arrest Booking Form

Report Date: 12/12/2010 11:04
Booking Status: Verified
Printed By: STODDARD, James M

District: 01   UCR Code: 1848
OBTN: TBOS100216910
Court of Appearance: Boston Municipal Court
Age: 39
Master Name:
Location of Arrest: 800 Washington St, Boston

Booking Name: BANKS, Jeffrey
Alias: SOLOMAN, Jeffrey
Address: ███████ REVERE MA US




**Charges:**
Possession W/I to Distribute, Class B, Drugs Within 1000' School Zone (94C-...)
Distribution of Class B, Drugs (94C-32A)
Possession W/I to Distribute, Class B, Drugs (94C-32A)

Booking #: 10-02169-10
Booking Date: 12/12/2010 08:56
Incident #: 100663844
Arrest Date: 12/12/2010 08:50
CR Number:
RA Number:
Occupation: Unemployed

Sex: Male
Race: Black Non-Hispanic
Date of Birth: ██/██/1971
Place of Birth: BOSTON MA US
Marital Status: Single
Mother's Name: ███████
Father's Name: ███████

Height: 5'08
Weight: 200 lbs
Build: Medium
Eyes Color: Brown
Hair Color: Black
Complexion: Dark

Employer/School:
Employer Addr: MA US
Social Security Number: ███████
Operators License:
State: MA

Phone Used: Yes
Examined at Hospital: No
Breathalyzer Used: No
Examined by EMS: Yes

Scars/Marks/Tattoos: Tattoos / Names or Nicknames / Left Forearm
Clothing Desc: blk. sweatshirt, gry. 2 sweatshirts, gry. doo-rag, blu. jeans, red / wht snkrs

| | | | |
|---|---|---|---|
| Arresting Officer: | BPD | 53987 | STODDARD, James M |
| Booking Officer: | BPD | 51340 | BROOKS, Mark |
| Informed of Rights: | BPD | 51340 | BROOKS, Mark |
| Placed in Cell By: | BPD | 53987 | STODDARD, James M |
| Searched By: | BPD | 53987 | STODDARD, James M |

Cell Number: 11
Partner's #: 11646
Unit #: VD103
Trans Unit #: A202D

Booking Comments: bop and q5 completed, on q5
Visible Injuries: complaining of neck and leg pain
Cautions: Suicidal

**JUVENILE INFORMATION**
Person Notified:
Address:
Notified By:
Relationship:
Juv. Prob. Officer:
Phone:
Notified Date/Time:
I Selected the Bail Comm.

Bail Set By:
Bailed By:
Amount:

Signature of Prisoner

| | | | |
|---|---|---|---|
| BOP Check: | BPD | 51340 | BROOKS, Mark |
| Suicide Check: | | | |
| BOP Warrant: | | | |
| BOP Court: | | | |

Signature of Duty Supervisor