## UNITED STATES DISTRICT COURT
## DISTICT OF MASSACHUSETTS

_____
|
**JEFFREY SOLOMON,** |
|
          **Plaintiff,** |
|        **CIVIL ACTION**
**v.** |        **NO: 1:13-CV-10208-GAO**
|
**ANNIE DOOKHAN, et al.,** |
|
         **Defendants** |
|
_____|

## ASSENTED-TO MOTION OF DEFENDANT CHARLES SALEMI
## FOR EXTENSION OF TIME WITHIN WHICH
## TO RESPOND TO THE AMENDED COMPLAINT

Defendant Charles Salemi, by his attorneys, pursuant to Fed.R.Civ.P. 6(b), and with the assent of plaintiff, respectfully moves that the Court extend the time within which he may respond to the Amended Complaint, up to and including May 31, 2013. In support of his motion, defendant says that the additional time is necessary to enable him adequately to respond to the Amended Complaint, and that plaintiff assents to the extension.

DEFENDANT
CHARLES SALEMI,
By his attorneys,

*/s/ Michael J. Grace_____*
Jeffrey A. Denner, BBO # 120520
Michael J. Grace, BBO # 205875
DENNER PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts  02114
Telephone:  (617) 227-2800
Facsimile:  (617) 973-1562
jad@dennerpellegrino.com
mjg@dennerpellegrino.com

ASSENTS by
Counsel for Plaintiff:


*/s/ Victoria Kelleher*
_____
Victoria Kelleher, BBO# 637908
15 Church Street
Salem, MA 01970
Telephone:  (978) 744-4126
Facsimile:  (978) 744-4127
vkelleher@verizon.net


*/s/ Joseph M.  Perullo*
_____
Joseph M. Perullo, BBO# 670542
185 Devonshire Street, Suite 200
Boston, MA 02110
Telephone:  (617) 423-0030
Facsimile:  (617)  556-9965
jp@josephperullo.com


## CERTIFICATE OF SERVICE

I, Michael J. Grace , hereby certify that on May 10, 2013,  I caused a true copy of the forgoing *Assented-to Motion of Defendant Charles Salemi for Extension of Time Within Which to Respond to the Amended Complaint* to be served on all registered parties, by electronically filing the same via the CM/ECF system. Any parties not registered with CM/ECF will be served via first class mail, postage prepaid.


*/s/ Michael J. Grace*
Michael J. Grace