UNITED STATES DISTRICT COURT
DISTICT OF MASSACHUSETTS

| | |
|---|---|
| **JEFFREY SOLOMON,** | |
| Plaintiff, | |
| v. | CIVIL ACTION<br>NO: 1:13-CV-10208-GAO |
| **ANNIE DOOKHAN, et al.,** | |
| Defendants | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel for defendant Charles Salemi.

      /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO # 120520
DENNER PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts  02114
Telephone:  (617) 227-2800
Facsimile:  (617) 973-1562
jad@dennerpellegrino.com

**CERTIFICATE OF SERVICE**

I, Jeffrey A. Denner , hereby certify that on May 10, 2013,  I caused a true copy of the forgoing *Notice of Appearance* to be served on all registered parties, by electronically filing the same via the CM/ECF system. All other parties not registered with CM/ECF will be served via first class mail, postage prepaid.

      /s/ *Jeffrey A. Denner*
Jeffrey A. Denner