UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SOLOMON )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ANNIE DOOKHAN, )<br>DONALD F. KEENAN, )<br>KATE CORBETT, )<br>JUDYANN BIGBY, )<br>JOHN AUERBACH, )<br>JULIE NASSIF, )<br>LINDA HAN, )<br>CHARLES SALEMI, )<br>ELIZABETH O'BRIEN, )<br>DANIEL CONLEY, and )<br>SUFFOLK COUNTY DISTRICT )<br>ATTORNEY'S OFFICE, )<br>)<br>      Defendants ) | CIVIL ACTION NO. 13-cv-10208-GAO |

**DEFENDANT KATE CORBETT'S ASSENTED TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and with the assent of the plaintiff, Defendant, Kate Corbett, respectfully moves that the Court extend the time within which she may respond to the Amended Complaint, up to and including June 17, 2013. In support of her motion, Defendant states that the additional time is necessary to adequately respond to the Amended Complaint.

1329088v1

Respectfully submitted,
KATE CORBETT,
By her attorneys,

*/s/Christian A. Young*
_____
Lawrence F. Boyle, BBO#
Christian A. Young, BBO# 669942
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Tel: (617)439-7500
Fax: (617) 342-4878

ASSENTS BY:
*/s/ Victoria Kelleher*
_____
Victoria Kelleher, BBO# 637908
15 Church Street
Salem, MA 01970
Tel: (978) 744-4126
Fax: (978) 744-4127

*/s/ Joseph M. Perrullo*
_____
Joseph M. Perullo, BBO # 670542
185 Devonshire Street, Suite 200
Boston, MA 02110
Tel: (617) 423-0030
Fax: (617) 556-9965

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2013.

*/s/Christian A. Young*
_____

Case 1:13-cv-10208-GAO   Document 48   Filed 05/15/13   Page 3 of 3

3