UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SOLOMON<br>      Plaintiff,<br><br>v.<br><br>ANNIE DOOKHAN,<br>DONALD F. KEENAN,<br>KATE CORBETT,<br>JUDYANN BIGBY,<br>JOHN AUERBACH,<br>JULIE NASSIF,<br>LINDA HAN,<br>CHARLES SALEMI,<br>ELIZABETH O'BRIEN,<br>DANIEL CONLEY, and<br>SUFFOLK COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 13-cv-10208-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Lawrence F. Boyle of Morrison Mahoney LLP, as an attorney representing Defendant, Kate Corbett.

                        Respectfully submitted,
                        The Defendant,
                        **KATE CORBETT**
                        By her attorney,

                        MORRISON MAHONEY LLP

                        */s/Lawrence F. Boyle*
                        _____
                        Lawrence F. Boyle, BBO# 052680
                        250 Summer Street
                        Boston, MA  02210
                        (617) 439-7500
                        lboyle@morrisonmahoney.com

Dated:  May 15, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2013.

/s/Lawrence F. Boyle
_____