UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JEFFREY SOLOMAN<br>    Plaintiff,<br><br>v.<br><br>ANNIE DOOKHAN,<br>DONALD F. KEENAN,<br>KATE CORBETT,<br>JUDY ANN BIGBY,<br>JOHN AUERBACH,<br>JULIE NASSIF,<br>LINDA HAN,<br>CHARLES SALEMI,<br>ELISABETH O'BRIEN,<br>DANIEL CONLEY, and<br>SUFFOLK COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 13-cv-10208-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel W. O'Malley for the Defendant Elisabeth O'Brien in the above-entitled matter.

Respectfully submitted,

ELISABETH O'BRIEN

By her attorney,

/s/ Daniel W. O'Malley
Daniel W. O'Malley, BBO#547483
LAW OFFICES DANIEL W. O'MALLEY
1266 Furnace Brook Parkway
Quincy, Massachusetts 02169
Tel:   (617) 770-3400

                                                                     Fax:    (617) 773-0700
                                                                     Email: domalley@domalleylaw.com

Dated: May 16, 2013

## CERTIFICATE OF SERVICE

      I, hereby certify that on May 16, 2013, I served a copy of the within document upon all parties of record via the ECF system.

                                                  /s/ Katie Ash