UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JEFFREY SOLOMAN<br>      Plaintiff,<br><br>v.<br><br>ANNIE DOOKHAN,<br>DONALD F. KEENAN,<br>KATE CORBETT,<br>JUDY ANN BIGBY,<br>JOHN AUERBACH,<br>JULIE NASSIF,<br>LINDA HAN,<br>CHARLES SALEMI,<br>ELISABETH O'BRIEN,<br>DANIEL CONLEY, and<br>SUFFOLK COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 13-cv-10208-GAO |

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Now comes the defendant, Elisabeth O'Brien, and respectfully moves pursuant to Fed. R. Civ. P. 6(b) and with the assent of the plaintiff, that the Court extend the time within which she may respond to the Amended Complaint, up to and including June 17, 2013. In support of her motion, the defendant states that additional time is necessary to adequately respond to the Amended Complaint.

                            Respectfully submitted,

                            ELISABETH O'BRIEN

                            By her attorney,

                            /s/ Daniel W. O'Malley
                            Daniel W. O'Malley, BBO#547483
                            LAW OFFICES DANIEL W. O'MALLEY
                            1266 Furnace Brook Parkway
                            Quincy, Massachusetts 02169
                            Tel:    (617) 770-3400
                            Fax:   (617) 773-0700
                            Email: domalley@domalleylaw.com

Dated:  May 16, 2013

ASSENTS BY:
/s/ Victoria Kelleher
_____
Victoria Kelleher, BBO# 637908
15 Church Street
Salem, MA 01970
Tel: (978) 744-4126
Fax: (978) 744-4127

/s/ Joseph M. Perullo
_____
Joseph M. Perullo, BBO #670542
185 Devonshire Street, Suite 200
Boston, MA 02110
Tel: (617) 423-0030
Fax: (617) 556-9965

## **CERTIFICATE OF SERVICE**

     I, hereby certify that on May 16, 2013, I served a copy of the within document upon all parties of record via the ECF system.

                            /s/ Katie Ash