UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                            )
Jeffrey Solomon,                            )
    Plaintiff,                              )
                                            )
vs.                                         )
                                            )
Annie Dookhan, Donald F. Keenan, Kate Corbett,    )    **C.A. No.: 1:13-cv-10208-GAO**
JudyAnn Bigby, Jon Auerbach, Julie Nassif, Linda Han,   )
Daniel Conley, and Suffolk County District Attorney's   )
Office,                                     )
    Defendants.                             )
_____ )

**STATUS REPORT**

Now comes the Plaintiff and, as ordered by the Court on July 9, 2013, reports the following:

The Plaintiff intends to file additional related claims against the Commonwealth of Massachusetts including but not limited to state tort claims for negligence, malicious prosecution, and intentional infliction of emotional distress. The Plaintiff intends to inquire of the Commonwealth, which was put on notice pursuant to M.G.L. c. 258, §1, whether it intends to waive its Sovereign Immunity to such claims, in which case the Plaintiff may move to further amend the complaint.  While the Plaintiff does not otherwise intend to amend the complaint, he reserves the right to do so, particularly in light of the related continuing investigation by state authorities. In any event, the Plaintiff does not anticipate an amendment that will make any

pending motions moot.

The Plaintiff,
Mr. Jeffrey Solomon,
By his Attorneys,

/s/ Victoria Kelleher                                          /s/ Joseph M. Perullo
_____                        _____
Victoria Kelleher                                              Joseph M. Perullo
BBO# 637908                                                   BBO# 670542
15 Church Street                                              185 Devonshire Street, Suite 200
Salem, MA 01970                                               Boston, MA 02110
(978)744-4126– p                                              (617)423-0030-p
(978)744-4127 – f                                             (617)556-9965-f
vkelleher@verizon.net                                         jp@josephperullo.com

Dated:  July 19, 2013

**CERTIFICATION OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants this day as identified on the Notice of Electronic Filing (NEF).

    /s/ Victoria Kelleher