UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION (BOSTON)

| | |
|---|---|
| JEFFREY SOLOMON<br>    Plaintiff<br><br>v.<br><br>ANNIE DOOKHAN; DONALD F. KEENAN;<br>KATE CORBETT; JUDYANN BIGBY;<br>JOHN AUERBACH; JULIE NASSIF;<br>LINDA HAN; CHARLES SALEMI;<br>ELIZABETH O'BRIEN; DANIEL CONLEY; AND<br>SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE<br>    Defendants | )<br>)<br>)<br>)<br>)    C.A. No.: 1:13-cv-10208-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF MATTHEW H. GREENE

Please enter my appearance as counsel for the Defendants, Daniel Conley and Suffolk County District Attorney's Office, in the above-captioned action.

DATED: *8/15/2013*

*/s/ Matthew H. Greene (BBO# 673947)*
Matthew H. Greene, Esq. (BBO# 673947)
Email: mgreene@BSCtrialattorneys.com
BOYLE, SHAUGHNESSY & CAMPO, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
Phone: (617) 451-2000
Fax: (617) 451-5775

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of August, 2013.

*/s/ Matthew H. Greene (BBO# 673947*