# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SOLOMON,<br><br>        Plaintiff,<br><br>        v.<br><br>ANNIE DOOKHAN, DONALD F. KEENAN, KATE CORBETT, JULIE NASSIF, LINDA HAN, CHARLES SALEMI, and ELIZABETH O'BRIEN,<br><br>        Defendants. | Civil Action No. 13-CV-10208-GAO |

**STIPULATION OF DISMISSAL OF ACTION AS TO DEFENDANTS KATE CORBETT, JULIE NASSIF, LINDA HAN, CHARLES SALEMI AND ELIZABETH O'BRIEN**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) all parties who have appeared in this case hereby agree that the above-captioned case is dismissed, with prejudice, as to Defendants Kate Corbett, Julie Nassif, Linda Han, Charles Salemi and Elizabeth O'Brien. The parties further agree that this Dismissal is without costs, with all rights of appeal hereby waived and with the Plaintiff and the Defendants dismissed herein to bear their own attorneys' fees to-date.

Dated: October 27, 2014

1

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br><br>JEFFREY SOLOMON<br><br>By his attorneys,<br><br>*/s/ Victoria Kelleher*<br>Victoria Kelleher, BBO# 637908<br>vkelleher@verizon.net<br>15 Church Street<br>Salem, MA 01970<br>Phone:  (978) 744-4126<br>Facsimile:  (978)744-4127 | */s/ Joseph M. Perullo*<br>Joseph M. Perullo, BBO# 670542<br>jp@josephperullo.com<br>185 Devonshire Street, Suite 200<br>Boston, MA 02110<br>Phone:  (617) 423-0030<br>Facsimile:  (617)556-9965-f |
| DEFENDANT,<br><br>DONALD F. KEENAN,<br><br>By his attorneys,<br><br>*/s/ Michelle K. Hinkley*<br>Michelle K. Hinkley , BBO# 675609<br>michelle.hinkley@cityofboston.gov<br>Erika Reis, BBO# 669930<br>erika.reis@cityofboston.gov<br>City Of Boston Law Department<br>One City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone:  (617) 635-3238 | DEFENDANT<br><br>KATE CORBETT<br><br>By her attorneys,<br><br>*/s/ Lawrence F. Boyle*<br>Lawrence F. Boyle, BBO# 052680<br>lboyle@morrisonmahoney.com<br>Bridget A. Regan, BBO# 684614<br>bregan@morrisonmahoney.com<br>Christian A. Young, BBO# 669942<br>cyoung@morrisonmahoney.com<br>Morrison, Mahoney, & Miller LLP<br>250 Summer Street<br>Boston, MA 02210<br>Phone:  (617) 439-7500<br>Facsimile:  (617) 439-7590 |

| | |
|---|---|
| DEFENDANT<br><br>JULIE NASSIF<br><br>By her attorneys,<br><br>*/s/ Robert N. Launie*<br>Robert N. Launie, BBO# 548826<br>boblaunielaw@aol.com<br>Paul V. Marino, BBO# 635444<br>PaulMarinoLaw@aol.com<br>Joann Sullivan , BBO# 670117<br>joann.sullivan@launiemarino.com<br>Launie & Marino<br>1200 East Street<br>Westwood, MA 02090<br>Phone: (781) 326-9213<br>Facsimile: (781) 326-0967 | DEFENDANT,<br><br>LINDA HAN<br><br>By her attorneys,<br><br>*/s/ Sarah B. Herlihy*<br>Paul V. Kelly, BBO# 267010<br>paul.kelly@jacksonlewis.com<br>Sarah B. Herlihy, BBO# 640531<br>sarah.herlihy@jacksonlewis.com<br>Jackson Lewis PC<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>Phone: (617) 367-0025<br>Facsimile: (617) 3672155 |
| DEFENDANT<br><br>CHARLES SALEMI,<br><br>By his attorneys,<br><br>*/s/ Jeffrey A. Denner*<br>Jeffrey A. Denner, BBO#120520<br>jdenner@dennerpellegrino.com<br>Michael J. Grace, BBO# 205875<br>mjg@dennerpellegrino.com<br>Denner Pellegrino LLP<br>Four Longfellow Place, Suite 3501<br>Boston, MA 02114<br>Phone: (617) 227-2800<br>Facsimile: (617) 973-1562 | DEFENDANT<br><br>ELIZABETH O'BRIEN.<br><br>By her attorneys,<br><br>*/s/ Paula J. Clifford*<br>Paula Jean Clifford, BBO #638002<br>pclifford@bonnerkiernan.com<br>Bonner, Kiernan, Trebach & Crociata, LLP<br>200 Portland Street, Suite 400<br>Boston, MA 02114<br>Phone: (617) 426-3900<br>Facsimile: (617) 426-0380 |

## **CERTIFICATE OF SERVICE**

  This hereby certifies that on this 27th day of October 2014, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

            */s/ Sarah B. Herlihy*
            Sarah B. Herlihy

4852-4159-1840, v. 1