UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:13-CV-10208-IT

JEFFREY SOLOMON
    **Plaintiff,**

**v.**

ANNIE DOOKHAN & DONALD KEENAN,
    **Defendants.**

## STIPULATION OF DISMISSAL OF ACTION AS TO DEFENDANT DONALD KEENAN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) parties who have appeared in this case agree that the above-captioned case is dismissed, with prejudice, as to Defendant Donald Keenan. The parties further agree that this Dismissal is without costs, with all rights of appeal hereby waived and with the Plaintiff and the Defendant dismissed herein to bear their own attorneys' fees to-date. This voluntary dismissal pertains only to the claims set forth in the Plaintiff's complaint filed in the United States District Court for the District of Massachusetts.

| | |
|---|---|
| Respectfully submitted,<br>PLAINTIFF JEFFREY SOLOMON<br>By his attorneys: | Respectfully submitted,<br>DEFENDANT, DONALD KEENAN<br><br>By his attorneys: |
| /s/ Joseph Perullo<br>Joseph Perullo, BBO#670542<br>137 Lewis Wharf<br>Boston, MA 02110<br>(617) 423-0030<br>jp@josephperullo.com<br><br>&<br><br>Victoria Kelleher, BBO#637908<br>15 Church Street<br>Salem, MA 01970<br>(978)744-4126<br>victoriouscause@gmail.com | /s/ Erika P. Reis<br>Erika P. Reis (BBO#669930)<br>Amy Bratskeir (BBO#662034)<br>Assistant Corporation Counsels<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>617-635-4042 (Reis)<br>617-635-4017 (Bratskeir)<br>Erika.Reis@boston.gov<br>Amy.Bratskeir@boston.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Erika P. Reis
Erika P. Reis

Date: March 4, 2015