UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SOLOMON,<br>　　Plaintiff<br><br>v.<br><br>ANNIE DOOKHAN,<br><br>　　Defendant. | No. 13-CV-10208-GAO |

## **MOTION TO DISMISS**

The Plaintiff requests that the Court hereby dismiss this matter pursuant to Fed.R.Cov P. 41(a)(1) against Annie Dookhan, the sole remaining defendant, who has yet to answer the complaint.

                                                        Respectfully submitted,
                                                        Jeffrey Solomon,
                                                        By his attorney,

                                                        /s/ Joseph Perullo
                                                        Joseph M. Perullo
                                                        BBO No. 670542
                                                        137 Lewis Wharf
                                                        Boston, MA 02110
                                                        (617)-423-0030

Dated: November 19, 2015